**Order entered October 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00631-CR

**BABLOO JOHN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB17-63534-K**

## ORDER

Before the Court is the State's October 23, 2020 first motion to extend the time to file its brief. We **GRANT** the motion and **ORDER** the State to file its brief on or before November 23, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE